# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**SOLEIDY PEREZ,**

    **Plaintiff,**

v.                                            **CASE NO.:   2:17-CV-318-FtM-99CM**

**THE LAUNDRY LADY, INC.**
**d/b/a La France Dry Cleaners**
**and Alternations**
**A Florida Profit Corporation,**
**And SCOTT A. GOULD,**
**Individually,**

    **Defendants.**
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through undersigned counsel, stipulate that all claims be dismissed in their entirety, with prejudice.

**March 8, 2018**

*/s/  Jason L. Gunter*                              */s/ Kevin C. Shirley*
*Attorney for Plaintiff*                                 *Attorney for Defendants*

**GUNTERFIRM**                               KEVIN C. SHIRLEY, ESQ.
Jason L. Gunter, Esq.                        Florida Bar No.: 386121
Florida Bar No.: 0134694                 Kcslaw8@gmail.com
jason@gunterfirm.com                      126 E. Olympia Ave.
Conor P. Foley, Esq.                       Punta Gorda, FL 33950
Florida Bar No.: 111977                  Telephone: (941) 639-5749
conor@Gunterfirm.com
1514 Broadway, Ste. 101
Ft. Myers, FL 33901
Telephone:(239) 334-7017
Facsimile:(239) 236-8008

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the __8th__ day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel set forth above.

                                            /s/ Jason L. Gunter
                                            Jason L. Gunter