UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOLEIDY PEREZ,

    Plaintiff,

v.                                                        Case No: 2:17-cv-318-FtM-38CM

THE LAUNDRY LADY, INC. and
SCOTT A. GOULD,

    Defendants.
_____/

# ORDER[1]

This matter comes before the Court on the Notice of Settlement (Doc. 30) and Joint Stipulation of Dismissal with Prejudice (Doc. 31). In June 2017, Plaintiff Soleidy Perez sued Defendants The Laundry Lady, Inc. and Scott A. Gould Masquerade for unpaid wages under the Fair Labor Standards Act ("FLSA"). (Doc. 1). The parties have since settled the FLSA claim in full, without comprises, and separately from attorney's fees and costs. (Doc. 30). The Court thus does not need to review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)). The parties also have stipulated to dismissing this case with

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

prejudice and with each side to bear its own attorney's fees and costs. (Doc. 31). Their stipulated dismissal is effective upon filing. See *Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272, 1278 (11th Cir. 2012). The Court thus dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) The Joint Stipulation of Dismissal with Prejudice (Doc. 31) is **GRANTED**.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of March 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record